# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 KW 1558

VERSUS

CALVIN BERNARD JEFFERSON

FEB 1 8 2020

---

In Re:   Calvin Bernard Jefferson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 521,289.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT